RECEIVED

2012 MAY 29 PM 4:51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

-v-

    Case No. 6:12-cv- 817-ORL-22DAB

B-LINE, LLC; B-REAL, LLC;
AVALON FINANCIAL SERVICES, LLC,

    Defendants.

## VERIFIED COMPLAINT

Plaintiff, Larry Rumbough, hereby sues Defendants, B-LINE, LLC; B-REAL, LLC; and AVALON FINANCIAL SERVICES, LLC; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*; and for damages for damages for violations of the Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. §559(Part VI) *et seq.*

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1692k) and Fla. Stat. §559.77.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b and Fla. Stat. §559.77.

4. This is an action for damages which does not exceed $75,000.00.

5. Plaintiff, LARRY RUMBOUGH, is a natural person and is a resident of the State of Florida.

6. Defendant, B-LINE, LLC ("B-Line"), is an unknown entity.

7. Defendant, B-REAL, LLC ("B-Real"), is a Delaware limited liability company, authorized to do business in Florida.

8. Defendant, AVALON FINANCIAL SERVICES, LLC ("Avalon"), is a Delaware limited liability company, authorized to do business in Florida.

9. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

10. On or about September 2, 2009, B-Line, B-Real, and Avalon sent Plaintiff a letter attempting to collect on a nonexistent alleged debt.

11. On September 8, 2009, Plaintiff sent a letter to Avalon demanding validation of the alleged debt. The letter was sent by certified mail and received by Avalon on September 11, 2009.

12. On or about September 22, 2009, B-Line, B-Real, and Avalon sent Plaintiff a letter. It did not validate the alleged debt.

## COUNT I
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS B-LINE, B-REAL, AND AVALON

13. Paragraphs 1 through 12 are realleged as though fully set forth herein.

14. Plaintiff is a consumer within the meaning of §1692a(3).

15. B-Line, B-Real, and Avalon are debt collectors within the meaning of §1692a(6).

16. B-Line, B-Real, and Avalon violated the FDCPA. Defendant's violations include, but are not limited to, the following:
   (a) B-Line, B-Real, and Avalon violated §1692e(2) by falsely representing the character, amount, or legal status of any debt.
   (b) B-Line, B-Real, and Avalon violated §1692e(5) by threatening to take any action that could not legally be taken or that was not intended to be taken.
   (c) B-Line, B-Real, and Avalon violated §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.
   (d) B-Line, B-Real, and Avalon violated §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.
   (e) B-Line, B-Real, and Avalon violated §1692e(11) by failing to warn that it was a debt collector.
   (f) B-Line, B-Real, and Avalon violated §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation)

    unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

(g) B-Line, B-Real, and Avalon violated §1692g by failure to send a validation notice within five days of the initial communication.

(h) B-Line, B-Real, and Avalon violated §1692g(b) by not ceasing collection efforts until the debt was validated.

WHEREFORE, Plaintiff demands judgment for damages against B-Line, B-Real, and Avalon for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## COUNT II
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS B-LINE, B-REAL, AVALON

17. Paragraphs 1 through 12 are realleged as though fully set forth herein.

18. Plaintiff is a consumer within the meaning of §559.55(2).

19. B-Line, B-Real, and Avalon are debt collectors within the meaning of §559.55(6).

20. B-Line, B-Real, and Avalon violated the FCCPA. Defendants' violations include, but are not limited to, the following:

(a) B-Line, B-Real, and Avalon violated §559.72(3) by not telling Plaintiff that it would disclose to another information affecting Plaintiff's reputation for credit worthiness without also informing Plaintiff that the existence of the dispute would also be disclosed.

(b) B-Line, B-Real, and Avalon violated §559.72(6) by disclosing information concerning the existence of a debt known to be reasonably disputed by the debtor without disclosing that fact.

(c) B-Line, B-Real, and Avalon violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

WHEREFORE, Plaintiff demands judgment for damages against B-Line, B-Real, and Avalon for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

## VERIFICATION

All the above statements are true to the best of my knowledge. I understand that a false statement in this Verified Complaint may subject me to penalties of perjury.

Dated: May 29, 2012

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 29th day of May, 2012 by U.S. Mail delivery to:

Gary J. Lublin
109 E. Church Street 5ft Floor
P.O. Box 3146
Orlando, FL 32802

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859