**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

      Plaintiff,

v.                            Case No: 6:12-cv-817-Orl-22DAB

**B-LINE LLC, B-REAL, LLC and**
**AVALON FINANCIAL SERVICES,**
**LLC,**

      **Defendants.**

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

      6:10-cv-00117-ACC-DAB

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October __, 2012

_/s/ Gary J. Lublin_
Gary J. Lublin, Esquire
Florida Bar No. 542679
Rush, Marshall, Jones & Kelly, P.A.
P.O. Box 3146
Orlando, FL 32802-3146
(407) 425-5500
(407) 423-0554 - Fax
glublin@rushmarshall.com