UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, Individually
and on behalf of others similarly
situated, as a private attorney
general,

                                              Case No. 6:10-cv-117-ORL-22DAB

      Plaintiff,

vs.

B-LINE LLC, B-REAL, LLC and
AVALON FINANCIAL SERVICES, LLC

      Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action–including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

None.

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debto and members of the creditors' committee (or twenty largest unsecured creditors)in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing on learning of any such conflict.

Dated this 30th of October, 2012.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and also served via U.S. Mail to the following: J. Marshall Gilmore, Law Office of J. Marshall Gilmore, Suite 4, 1150 Louisiana Ave Winter Park, FL 32789, and to Larry Rumbough, 840 Lilac Trace Lane, Orlando, Florida 32828.

_____
Gary J. Lublin, Esquire
Florida Bar No. 542679
Rush, Marshall, Jones and Kelly P.A.
P.O. Box 3146
Orlando, FL 32802-3146
(407) 425-5500
(407) 423-0554
glublin@rushmarshall.com