UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

v.                                              **Case No: 6:12-cv-817-Orl-22DAB**

**B-LINE LLC, B-REAL, LLC and**
**AVALON FINANCIAL SERVICES,**
**LLC,**

      **Defendants.**

**ORDER**

This cause comes before the Court for review. On July 17, 2012 this Court lifted the stay of this action and ordered Defendants to respond to the Complaint within 21 days. Defendants did not respond, and Plaintiff failed to seek a default. Defendants assert that shortly after August 28, 2012 Plaintiff's counsel was advised that Defendants would not contest a default or default judgment. Plaintiff again failed to seek a default.

Based on the foregoing, it is ordered as follows:

1. No later than November 13, 2012 Plaintiff shall show cause as to why this action should not be dismissed for lack of prosecution. Local Rule 3.10. Failure to respond to this Order as directed shall result in dismissal without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 1, 2012.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties