# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**

**v.**                                                              Case No: 6:12-cv-817-Orl-22DAB

**B-LINE LLC, B-REAL, LLC and**
**AVALON FINANCIAL SERVICES,**
**LLC,**

    **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **B-LINE LLC, B-REAL, LLC and AVALON FINANCIAL SERVICES, LLC** in Orlando, Florida on the 5th day of February, 2013.

                                                SHERYL L. LOESCH, CLERK

                                                s/A. Adkins, Deputy Clerk

Copies furnished to:

Counsel of Record